ABE HERZBERG, JR., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 10194. Promulgated May 23, 1928.

*M. J. Holland, Esq.*, for the petitioner.
*L. A. Luce, Esq.*, for the respondent.

OPINION.

LANSDON: On the record, the Commissioner correctly determined the income of the petitioner for the year 1917 in conformity with the provisions of section 1204 of the Revenue Act of 1917, amending section 8(e) of the Revenue Act of 1916.

Since an overassessment was asserted for 1918, the Board has no jurisdiction to redetermine the tax liability of the petitioner for that year. *Appeal of Cornelius Cotton Mills*, 4 B. T. A. 255.

*Judgment will be entered for the respondent.*